# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

BRENDA KAY PRATHER,

     Plaintiff,

v.                                                                          Case No. 11-15638

COMMISSIONER OF SOCIAL SECURITY,

     Defendant.

                                                  /

## JUDGMENT

     In accord with the court's "Opinion and Order," dated February 28, 2013,

     IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Plaintiff

Brenda Kay Prather and against Defendant Commissioner of Social Security and that

this action is REMANDED to the Commissioner under 42 U.S.C. § 405(g) for further

proceedings.  Dated at Detroit, Michigan, this 28th day of February, 2013.


                                        DAVID J. WEAVER
                                        CLERK OF THE COURT


                         BY:  S/Lisa Wagner
                                  Lisa Wagner, Deputy Clerk
                                  and Case Manager to
                                  Judge Robert H. Cleland