IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF MICHIGAN
DETROIT DIVISION

| | |
|---|---|
| BRENDA KAY PRATHER, Plaintiff, | ) ) ) CIVIL ACTION NUMBER: |
| vs. | ) 2:11-cv-15638-RHC-MAR ) ) |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, Defendant.[1] | ) ) ) ) **ORDER** |

The Court, having read the Petition of EDDY PIERRE PIERRE, attorney for the Plaintiff in the above entitled case, dated the 8th day of July, 2014 for an award of attorney fees in accordance with 42 U.S.C. §406(b), and upon all the supporting documents annexed hereto,

**IT IS ORDERED** that attorney fees be granted in the amount of $10,318.00, which represents less than 25% ($19,086.50) of the past due benefits awarded to the Plaintiff, to EDDY PIERRE PIERRE, petitioner. Plaintiff's petition for attorney fees under the Equal Access to Justice Act ("EAJA") was denied. Consequently, petitioner has not received EAJA fees that would be subject to being refunded to the Plaintiff. Nothing in this order will preclude Plaintiff's duly appointed representative(s) from requesting fees under 406(a) for time spent handling Plaintiff's case before the Social Security Administration providing that the combined fees approved under 406(a) and 406(b) does not exceed $19,086.50, which represents 25% of the retroactive benefits awarded to the Plaintiff.

DATED: 5/17/2016

ENTER

HONORABLE Robert H. Cleland
United States District Judge

---

[1] Carolyn W. Colvin became the Acting Commissioner of Social Security on February 14, 2013. Pursuant to 25(d)(1) of the Federal Rules of Civil Procedure, Carolyn W. Colvin should be substituted for Michael J. Astrue as the defendant.